IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HOWERY, | No. C -14-01978 EDL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| THE BOEING CO, | |
| Defendant. | |

On April 29, 2014, Plaintiff filed this employment discrimination action against Defendant The Boeing Company. On that date, the Court issued a Scheduling Order setting various case deadlines. Since that time, Plaintiff appears to have taken no action in the case, and has not otherwise communicated with the Court. Plaintiff has not responded to three clerk's notices from the Court. She failed to file a Case Management Conference statement by the due date of July 22, 2014 and failed to attend the Case Management Conference on July 29, 2014.

Accordingly, Plaintiff is ordered to show cause as to why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff"s response to this Order to Show Cause shall be due no later than August 15, 2014. It is further ordered that if Plaintiff fails to file a response to this Order to Show Cause by August 15, 2014, the Court will recommend dismissal of the action without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 29, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge