**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRYSTAL HOWERY,                                      No. C -14-01978 EDL

        Plaintiff,                              **REASSIGNMENT ORDER**

  v.

THE BOEING CO,

        Defendant.
_____/

    In view of the Report and Recommendation filed on August 19, 2014, the clerk shall

**REASSIGN** the above-captioned case immediately to a district court judge.

Dated: August 19, 2014

                              ELIZABETH D. LAPORTE
                              United States Chief Magistrate Judge