United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HOWERY,<br>            Plaintiff,<br>   v.<br>BOEING COMPANY, THE,<br>            Defendant. | Case No. 14-cv-01978-VC<br><br>**ORDER**<br><br>Docket No: 9, 13 |

Plaintiff Crystal Howery has filed an objection to the Court's Report and Recommendation for dismissing the case for failure to prosecute. Accordingly, the case will not be dismissed at this time.

Boeing has filed a Motion to Transfer the case to the Western District of Washington. The hearing on that Motion is reset for October 9, 2014, at 10 am. Howery must file her response to Boeing's Motion to Transfer by September 19, 2014. Any reply must be filed by September 26, 2014.

For Howery's benefit, the Court directs her attention to the Handbook for Pro Se Litigants, which is available along with further information on the court's website at http://cand.uscourts.gov/proselitigants. Howery may also contact the Legal Help Center, Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. 415-782-8982.

**IT IS SO ORDERED.**

Dated: September 5, 2014

_____
VINCE CHHABRIA
United States District Judge