UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HOWERY,<br>　　　　Plaintiff,<br>　　v.<br>THE BOEING COMPANY,<br>　　　　Defendant. | Case No. 14-cv-01978-VC<br><br>**ORDER** |

Defendant's request for an extension to answer or otherwise respond to the complaint (Docket No. 15) is denied for failure to seek that extension in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

Dated: September 16, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HOWERY,<br>　　　　Plaintiff,<br>　　v.<br>THE BOEING COMPANY,<br>　　　　Defendant. | Case No.　14-cv-01978-VC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 9/16/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Crystal Howery
584 Castro Street
San Francisco, CA 94114


Dated: 9/16/2014

　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA

2