UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HOWERY,<br>  Plaintiff,<br>  v.<br>BOEING COMPANY, THE,<br>  Defendant. | Case No. 14-cv-01978-VC<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 18 |

On August 8, 2014, Defendant The Boeing Company filed a Motion to Transfer Venue to the Western District of Washington pursuant to 28 U.S.C. § 1404(a). Docket No. 8. On September 5, 2014, the Court issued an Order resetting the hearing date on Boeing's motion for October 9, 2014 and instructing Plaintiff Crystal Howery that she must file her response to Boeing's Motion to Transfer by September 19, 2014. Docket No. 14. On September 19, 2014 Howery filed a motion requesting an extension of time to respond to Boeing's Motion to Transfer, until October 17, 2014. Docket No. 18.

The Court grants in part Howery's request for an extension. Howery must file her response to Boeing's Motion to Transfer by October 2, 2014. Any reply must be filed by 12:00 noon on October 7, 2014. The hearing on the Motion to Transfer remains on calendar for October 9, 2014, at 10:00 am. If the Court subsequently determines a hearing is not necessary, it will inform the parties.

**IT IS SO ORDERED.**

Dated: September 26, 2014

_____
VINCE CHHABRIA
United States District Judge